United States Bankruptcy Court
Northern District of Ohio

In re:  Case No. 18-12980-aih
Teameica T. Pippens  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-1 User: lsmit Page 1 of 3
Date Rcvd: May 11, 2021 Form ID: pdf821 Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Teameica T. Pippens, 5388 Bedford Street, Bedford Heights, OH 44146-1736 |
| 25460324 | | BARCLAY CARD, ACCT NO. 2658, 600 E. LAS COLINAS BLVD., IRVING, TX 75039-5616 |
| 25544893 | + | Barclay Bank Delaware, 100 S. West Street, Wilmington, DE 19801-5015 |
| 25510910 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 25460338 | + | JUNJA HOSLER, ACCT NO., 38105 DODDS HILL DR., WILLOUGHBY , OH 44094-6965 |
| 25460340 | | MAJESTIC LAKE, ACCT NO.1041, 635 HWY 20 K, UPPER LAKE, CA 95485 |
| 25460341 | + | OCWEN MORTGAGE, OCWEN FEDERAL BANK, 12650 INGENUITY DR, ORLANDO, FL 32826-2703 |
| 25460342 | | PHILLIPS & COHEN ASSOCIATED LTD., ACCT NO.4205, 1002 JUSTISON STREET, MAIL STOP 661, WILMINGTON, DE 19801-5148 |
| 25489604 | + | THE SOS GROUP, 29065 CLEMENS RD STE 200, WESTLAKE, OH 44145-1179 |
| 25460344 | + | TIME WARNER C/O BPO, LLC, ACCT NO. 3910, 1930 OLNEY AVENUE, CHERRY HILL, NJ 08003-2016 |
| 25460346 | + | UES AHUJA, LLC, ACCT NO. 4903, 5700 DARROW ROAD #106, HUDSON, OH 44236-5026 |
| 25516945 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI, 53708-8973 |
| 25460347 | | UNIVERSITY HOSPITAL, ACCT NO.9396, PO BOX 781988, DETROIT, MI 48278-1988 |
| 25460348 | | US DEPARTMENT OF EDUCATION/GLELSI, ACCT NO.1679, PO BOX 7860, MADISON, WI 53707-7860 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 25460323 | Email/Text: bk@avant.com | May 11 2021 21:34:00 | AVANT INC., ACCT NO., 640 N. LASALLE DR., # 545, CHICAGO, IL 60654-3781 |
| 25460325 | Email/Text: collections@bridgecu.org | May 11 2021 21:31:00 | BRIDGE CREDIT UNION, ACCT NO., 1980 W. BROAD STREET, COLUMBUS, OH 43223 |
| 25460326 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 11 2021 21:13:38 | CAPITAL ONE BANK, ACCT NO.2147, PO BOX 85015, RICHMOND, VA 23285-5015 |
| 25460327 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 11 2021 21:12:02 | CAPITAL ONE BANK, ACCT NO.3203, PO BOX 85015, RICHMOND, VA 23285-5015 |
| 25460328 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 11 2021 21:33:00 | CHILDRENS PLACE / COMENITY CAPITAL, ACCT NO.6842, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 25460329 | Email/Text: bankruptcy_notifications@ccsusa.com | May 11 2021 21:34:00 | CREDIT COLLECTION SERVICES ACA, ACCT NO.5725, PO BOX 55126, BOSTON, MA 02205-5126 |
| 25460330 | Email/PDF: creditonebknotifications@resurgent.com | May 11 2021 21:12:02 | CREDIT ONE BANK, ACCT NO.8873, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 25460332 | Email/Text: mteehan@ffcommunity.com | May 11 2021 21:32:00 | FIRE FIGHTERS COMMUNITY CREDIT UNION, ACCT NO.0440, 2300 ST. CLAIRE AVENUE, CLEVELAND, OH 44114-4049 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 25460333 | | Email/Text: jill@ffcc.com | May 11 2021 21:32:00 | FIRST FEDERAL CREDIT CONTROL, ACCT NO.5095, 24700 CHAGRIN BLVD., STE #205, CLEVELAND, OH 44122 |
| 25460334 | | Email/PDF: gecsedi@recoverycorp.com | May 11 2021 21:13:37 | GAP, ACCT NO.5958, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 25460335 | + | Email/Text: bankruptcy@huntington.com | May 11 2021 21:33:00 | HUNTINGTON BANK, ACCT NO.8853, PO BOX 182387, COLUMBUS, OH 43218-2387 |
| 25460336 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 11 2021 21:32:00 | INTERNAL REVENUE SERVICE, ACCT NO. 1997, PO BOX 9019, HOLTSVILLE, NY 11742-9019 |
| 25460339 | + | Email/Text: PBNCNotifications@peritusservices.com | May 11 2021 21:32:00 | KOHLS, ACCT NO.5961, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 25547038 | + | Email/Text: bankruptcydpt@mcmcg.com | May 11 2021 21:33:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 25614195 | + | Email/Text: Bankruptcy.notices@tax.state.oh.us | May 11 2021 21:34:00 | Ohio Department of Taxation, Bankruptcy Division, P.O. Box 530, Columbus, OH 43216-0530 |
| 25568877 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 11 2021 21:12:52 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 25462856 | + | Email/PDF: rmscedi@recoverycorp.com | May 11 2021 21:12:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 25555515 | | Email/Text: bnc-quantum@quantum3group.com | May 11 2021 21:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 25555516 | | Email/Text: bnc-quantum@quantum3group.com | May 11 2021 21:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 25554087 | | Email/Text: bnc-quantum@quantum3group.com | May 11 2021 21:33:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 25460343 | + | Email/Text: elevate@ebn.phinsolutions.com | May 11 2021 21:34:00 | RISE, 4150 International Plaza, Suite 300, Fort Worth, TX 76109-4819 |
| 25460345 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 11 2021 21:33:00 | TORRID, ACCT NO. 8434, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 25491688 | + | Email/Text: bankruptcy@huntington.com | May 11 2021 21:33:00 | The Huntington National Bank, 3 Cascade Plaza-CAS056, Akron OH 44308-1124 |
| 25460349 | | Email/Text: ebankruptcy@woodforest.com | May 11 2021 21:33:00 | WOOD FOREST BANK, ACCT NO., PO BOX 7889, THE WOODLANDS, TX 77387-7889 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | State of Ohio, Department of Taxation |
| cr | | United States of America, IRS |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cl | *+ | SOS Group, 29065 Clemens Road Suite 200, Westlake, OH 44145-1179 |
| 25460337 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, ACCT NO.1997, PO BOX 9019, HOLTSVILLE, NY 11742-9019 |
| 25493099 | *+ | Ocwen Mortgage, Ocwen Federal Bank, 12650 Ingenuity Dr, Orlando, FL 32826-2703 |
| 26858802 | *+ | Teameica T. Pippens, 5388 Bedford Street, Bedford Heights, OH 44146-1736 |
| 25460331 | ## | CUNA MUTUAL GROUP, ACCT NO.5986, PO BOX 3185, MILWAUKEE, WI 53201-3185 |

TOTAL: 2 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 13, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David J. Sternberg | on behalf of Debtor Teameica T. Pippens djsternberg@ameritech.net |
| Keith D. Weiner | on behalf of Creditor State of Ohio Department of Taxation bankruptcy@weinerlaw.com |
| Lauren A. Helbling | ch13trustee@ch13cleve.com lhelbling13@ecf.epiqsystems.com |
| Russell David Kornblut | on behalf of Claimant SOS Group rkornblut@yahoo.com russelld.crk@gmail.com |
| Suzana Krstevski Koch | on behalf of Creditor United States of America IRS suzana.koch@usdoj.gov, USAOHN.BankruptcyCle@usa.doj.gov;CaseView.ECF@usdoj.gov |

TOTAL: 5

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on May 10, 2021, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: May 10, 2021**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-12980 |
| | ) | CHAPTER 13 |
| TEAMEICA T. PIPPENS | ) | JUDGE ARTHUR I. HARRIS |
| | ) | |
| Debtor | ) | |

**AGREED ORDER GRANTING
MOTION OF DEBTOR FOR PLAN PAYMENT MORATORIUM**

This cause came before this Honorable Court on the motion of the Debtor for a plan payment moratorium. This Court hereby finds as follows:

1. The motion of the Debtor for a three-month moratorium is hereby granted. The moratorium shall begin on the first day of <u>April, 2021</u> and shall end on the last day of <u>June, 2021.</u>

2. The Trustee shall not return any funds being currently held or any funds that are paid in during the moratorium period.

**IT IS SO ORDERED.**

###

Submitted By:

  /s/ David J. Sternberg  (0005579)
DAVID J. STERNBERG (0005579)
STERNBERG & ZEID CO., L.P.A.
Attorney for Debtor
7547 Mentor Ave., #301
Mentor, OH  44060
Phone:  (440) 942-6267
Facsimile:  (440) 942-6504
sternbergzeid@ameritech.net

And

  /s/ Phil Lamos (066844)
PHIL LAMOS (066844)
Chief Legal Counsel
Office of the Chapter 13 Trustee, Lauren A. Helbling
200 Public Square, #3860
Cleveland, Ohio 44114
(216) 621-4268 x 128
(216) 621-4806 fax
plamos@ch13cleve.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:                )    CASE NO. 18-12980
                      )    CHAPTER 13
TEAMEICA T. PIPPENS   )    JUDGE ARTHUR I. HARRIS
                      )
         Debtor       )    **SERVICE LIST**

    Copies of the Order Suspending Payments to the Chapter 13 Trustee filed in the within action were sent via the Court's Electronic Case Filing System on the following who are listed on the Court's Electronic Mail Notice List:

    Lauren Helbling, Chapter 13 Trustee, at ch13trustee@ch13cleve.com
    U.S. Trustee's Office at ustpregion09.cl.ecf@usdoj.gov
    Avant, Inc. at bk@avant.com
    Capital One Bank at AID.cocard.ebn@americaninfosource.com
    Credit Collections Services at bankruptcy_notifications@ccsusa.com
    Credit One Bank at creditonebknotifications@resurgent.com
    Fire Fighters Community Credit Union at mteehan@ffcommunity.com
    Gap at gecsedi@recoverycorp.com
    Huntington Bank at bankruptcy@huntington.com
    Internal Revenue Service at cio.bncmail@irs.gov
    Kohls at bnckohlsnotices@becket-lee.com
    PRA Receivables at PRA_BK2_CASE_UPDATE@portfoliorecovery.com
    Wood Forest Bank at ebankruptcy@woodforest.com

And by regular United States mail, postage prepaid, to:

Teameica T. Pippens
9715 Cardwell Avenue
Cleveland OH 44105

Barclay Bank Delaware
100 S. West Street
Wilmington, DE 19801

Bridge Credit Union
1980 W. Broad St.
Columbus, OH 43223

Childrens Place/Comenity Capital
PO Box 182120
Columbus, OH 43218-2120

CUNA Mutual Group
PO Box 3185

Milwaukee, WI 53201-3185

First Federal Credit Control
24700 Chagrin Blvd., #205
Cleveland, OH 44122

Hosler, Junja
38105 Dodds Hill Dr.
Willoughby, OH 44094

Majestic Lake
6345 Highway 20K
Upper Lake, CA 95485

Ocwen Mortgage
PO Box 6440
Carol Stream, IL 60197

Phillips & Cohen Assoc., Ltd.
1002 Justison St.
Mail Stop 661
Wilmington, DE  19801-5148

RISE
4150 International Plaza, Suite 300
Fort Worth, TX 76109

Time Warner c/o BPO, LLC
1930 Olney Ave.
Cherry Hill, NJ  08003

Torrid
PO Box 182789
Columbus, OH  43218-2789

UES Ahuja, LLC
5700 Darrow Rd., #106
Hudson, OH  44236

University Hospital
PO Box 781988
Detroit, MI  48278-1988

US Department of Education
PO Box 7860
Madison, WI  53707-7860