United States Bankruptcy Court
Northern District of Ohio

In re:                                                                     Case No. 18-12980-aih
Teameica T. Pippens                                    Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-1                                      User: lsmit                                       Page 1 of 2
Date Rcvd: May 12, 2021                             Form ID: pdf710                              Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Teameica T. Pippens, 5388 Bedford Street, Bedford Heights, OH 44146-1736 |
| | + | Rosemary Center, Attn: Payroll Deductions, 2346 West 14th Street, Cleveland, OH 44113-3613 |
| cl | + | SOS Group, 29065 Clemens Road Suite 200, Westlake, OH 44145-1179 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 12 2021 21:23:09 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | State of Ohio, Department of Taxation |
| cr | | United States of America, IRS |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 14, 2021                             Signature:            /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David J. Sternberg | |
| | on behalf of Debtor Teameica T. Pippens djsternberg@ameritech.net |

Keith D. Weiner
    on behalf of Creditor State of Ohio Department of Taxation bankruptcy@weinerlaw.com

Lauren A. Helbling
    ch13trustee@ch13cleve.com lhelbling13@ecf.epiqsystems.com

Russell David Kornblut
    on behalf of Claimant SOS Group rkornblut@yahoo.com russelld.crk@gmail.com

Suzana Krstevski Koch
    on behalf of Creditor United States of America IRS suzana.koch@usdoj.gov, USAOHN.BankruptcyCle@usa.doj.gov;CaseView.ECF@usdoj.gov

TOTAL: 5

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on May 12, 2021, which may be different from its entry on the record.**

IT IS SO ORDERED.

Dated:  May 12, 2021



ENTERED UNDER ADMINISTRATIVE
ORDER NO. 02-10: JOSIAH C. SELL,
CLERK OF BANKRUPTCY COURT
BY:  /s/ Leslie I. Smith
            Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re:  Teameica T Pippens | ) | Case No. 18-12980-aih |
| XXX-XX-1997 | ) | Chapter 13 Proceedings |
| | ) | Judge Arthur I. Harris |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING TRUSTEE'S MOTION
## TO RELEASE INCOME OF THE DEBTOR

Upon consideration of the Trustee's Motion to Release Income of the Debtor ("Trustee's Motion") finds that the Trustee's Motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that the Debtor and if applicable, the employer are hereby released from the Court's Order pertaining to the income of the Debtor.  No further wage deductions should be taken by an employer, and no further plan payments should be remitted by the Debtor.  If the Debtor is eligible for a discharge, the Court may issue a discharge to the Debtor without waiting for the filing of the Trustee's Final Report.

Submitted by:

/s/  Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, OH 44114-2321
Phone (216) 621-4268   Fax (216) 621-4806
Ch13trustee@ch13cleve.com

## SERVICE LIST

Lauren A. Helbling, Chapter 13 Trustee
(served via ECF)

Office of the U.S. Trustee
(served via ECF)

DAVID J STERNBERG, Attorney for Debtor(s)
(served via ECF)

Teameica T Pippens, Debtor(s)
5388 BEDFORD ST
BEDFORD HTS, OH 44146


ROSEMARY CENTER , Employer
Attn: Payroll Deductions
2346 WEST 14TH STREET
CLEVELAND, OH 44113

###